894 A.2d 1289

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Sherry Lynn RYAN, Appellant.**

Supreme Court of Pennsylvania.

Argued May 18, 2005.

Decided April 21, 2006.

Peter T. Campana, Williamsport, for Sherry Lynn Ryan, appellant.

Andrea F. McKenna, Harrisburg, for the Com. of PA, appellee.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of April, 2006, the order of the Superior Court is **VACATED.** This matter is **REMANDED** to that court for reconsideration in light of this court's decision in *Commonwealth v. Collins,* 585 Pa. 45, 888 A.2d 564 (Pa. 2005). Jurisdiction is relinquished.

Justice NIGRO did not participate in the consideration or decision of this matter.